UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICO MENEFEE,

        Plaintiff,

v.

L. MASON and
B. VERMEULEN,

        Defendants.
_____/

Case No. 2:20-cv-13399
District Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PRISONER PLAINTIFF (ECF No. 17)

Pending is Defendants' December 7, 2021 motion for leave to depose Plaintiff Rico Menefee (#187022), who is currently incarcerated at the Michigan Department of Corrections (MDOC) Cooper Street Correctional Facility (JCS). (ECF No. 17.) Judge Parker has referred this motion to me for hearing and determination. (ECF No. 18.)

Having reviewed the motion, I conclude that oral argument is not necessary. *See* E.D. Mich. LR 7.1(f)(2). Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B), because Plaintiff is incarcerated. Upon consideration, **IT IS HEREBY ORDERED** that Defendants' motion for leave to take Plaintiff's deposition (ECF No. 17) is **GRANTED**, and Defendants shall be permitted to take the deposition of Plaintiff for all purposes allowed by the Federal

Rules of Civil Procedure.  The deposition may occur either in person, by telephone, or via video teleconference, at Defendants' option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.**

Dated: December 10, 2021                     s/*Anthony P. Patti*
                                                                            ANTHONY P. PATTI
                                                                            UNITED STATES MAGISTRATE JUDGE